# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**EMANUEL ALEXANDER PABON-VASQUEZ, # A 246-808-024**                    **PETITIONER**

**VERSUS**                                        **CIVIL ACTION NO. 5:26cv65-DCB-RPM**

**JOHN DOE**                                                         **RESPONDENT**

## ORDER TO SIGN

BEFORE the Court are *pro se* Petitioner Emanuel Alexander Pabon-Vasquez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [1], Motion for Emergency Consideration [2], and Emergency Motion to Stay Transfer [3].   He failed to place his original signature on the pleadings as required by Rule 11 of the Federal Rules of Civil Procedure.   He will be provided an opportunity to correct this deficiency.   Accordingly,

**IT IS THEREFORE ORDERED** that the Clerk of Court shall mail to *pro se* Petitioner Emanuel Alexander Pabon-Vasquez a copy of the Petition [1], Motion for Emergency Consideration [2], and Emergency Motion to Stay Transfer [3], along with a copy of this Order. If Petitioner would like these pleadings to remain filed, he is directed to place his signature on the documents and return them to the Court on or before April 17, 2026.

**IT IS FURTHER ORDERED** that Petitioner is warned that his failure to comply with this Order in a timely manner will result in the unsigned pleadings being stricken from the record without further notice to him.   *See*, Fed. R. Civ. P. 11(a).   Petitioner is also warned that a failure to timely comply with any order of the Court or failure to keep the Court advised of Petitioner's

current address may result in dismissal of this case.

      **SO ORDERED**, this the 3rd day of April, 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE